**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 19-cr-00097(1) |
| v. ) | |
| ) | Judge Andrea R. Wood |
| SULTAN ISSA ) | |
| ) | |
| ) | |
| ) | |

**ORDER**

      Change of Plea proceedings held. Defendant Sultan Issa is informed of his rights. Defendant withdraws plea of not guilty and enters plea of guilty to Count 1 of the Information. The Court accepts the plea agreement and enters judgment of guilty as to Count 1 Information. Enter Plea Agreement. Defendant shall remain released on bond subject to his conditions of release. Cause referred to the probation department for a presentence investigation report. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Sentencing set for 5/21/2020 at 10:30 AM. The Government's objections to the presentence investigation report and sentencing memorandum shall be filed by 5/7/2020. Defendant's objections to the presentence investigation report and sentencing memorandum shall be filed by 5/14/2020. As stated on the record, the Government's version to be submitted to the probation department is extended to 2/7/2020. The Probation Office is directed to provide the sentencing recommendation to Defendant Issa, counsel for Defendant Issa, and counsel for the Government.

(0:40)

Dated: January 10, 2020

                                                                 Andrea R. Wood
                                                                 United States District Judge