# **EXHIBIT A**



**Stillpoint**
Mental Health Associates, SC

201 East Ogden Avenue, Suite 116, Hinsdale, Illinois 60521
Tel: 630.325.8893   Fax: 630.325.8939

---

March 11, 2020

RE: Sultan Issa
DOB: 06/11/1973

To Whom It May Concern:

Mr. Sultan Issa has been under my care since 2009 for the treatment of anxiety and depression. He is currently stable and fully compliant with recommended treatments, which include psychotherapy and prescribed medication.

Sincerely,

Ralph J. Cusick MD
Board Certified Psychiatrist

/kr

---

**Ralph J. Cusick, MD, FAPA**
Adult & Adolescent Psychiatrist

**Brendan J. Beresford, MD**
Adult Psychiatrist

**Sujatha K. Wolff, MD**
Adult & Adolescent Psychiatrist

**Deepti Shenoi, MD**
Child, Adolescent & Adult Psychiatrist

**Anoop K. Vermani, MD**
Child, Adolescent & Adult Psychiatrist

**John E. Noto, Ph.D.**
Licensed Clinical Psychologist

**Agnes Dziwok, MA, LCPC**
Licensed Clinical Professional Counselor

**Alejandro Mora, MSW, LCSW**
Licensed Clinical Social Worker